

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF GEORGINA A. DE CHAVEZ, DECEASED. | § | No. 08-23-00337-CV |
| | § | Appeal from the |
| | § | Probate Court No. 1 |
| | § | of El Paso County, Texas |
| | § | (TC# 2016-CPR00081) |

## **J U D G M E N T**

This is an appeal from the order signed by the trial court on October 13, 2023, wherein the court denied in full all requested relief seeking to hold Mr. Michael Nevarez in contempt of court and to sanction his conduct. The Court has considered this cause on the record and concludes it shall be consolidated with pending cause number 08-23-00072-CV, to the extent of the appeal of the trial court's denial of sanctions, and it shall be dismissed to the extent of the denial of a contempt order. Thus, we first consolidate this cause and transfer its records and filings to cause number 08-23-00072-CV, to the extent of the appeal of a denial of sanctions; and second, for lack of jurisdiction, we dismiss this cause to the extent of its appeal of a denial of a contempt order. We further order Appellant to pay all costs of this appeal and that this decision be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF DECEMBER 2023.

GINA M. PALAFOX, Justice

Before Alley, C.J., Palafox, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)